**Deny and Opinion Filed March 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00323-CV

### IN RE KAREN MISKO, Relator

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-01844-2013**

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Lewis
Opinion by Justice Francis

The Court has before it the petition for writ of mandamus filed by relator Karen Misko, in which she alleges the trial court abused its discretion by denying her motion for discovery under Section 27.006(b) of the Texas Civil Practices and Remedies Code. Based on the record before us, we conclude relator has not shown she is entitled to the relief requested. See TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, the Court **DENIES** the petition for writ of mandamus.

140323F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE